IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:20-CR-00459-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DEONDRE MONTREAL RUSSELL, ) | |
| Defendant. ) | |

This matter is before the Court on the Defendant's motion to withdraw as appointed counsel. For good cause shown, the Defendant's motion is hereby GRANTED.

NOW, THEREFORE, it is hereby ORDERED that the Motion to Withdraw is allowed and that Attorney Patrick B. Weede is granted leave to withdraw as counsel for Mr. Russell.

This the 19 day of March, 2021.

_____
JAMES C. DEVER III
United States District Judge