IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-459-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DEONDRE MONTREAL RUSSELL, | ) | |
| | ) | |
| Defendant. | ) | |

The court DENIES as baseless defendant's motion to impeach a witness [D.E. 46]. Defendant will have an opportunity to examine Jeremy Creech in the trial. The court DENIES as baseless defendant's motion to consolidate his civil action (5:21-CT-3101-BO) with his criminal case [D.E. 60]. Finally, in light of the discovery produced to defendant, the court DENIES as baseless defendant's motion for a bill of particulars [D.E. 70].

SO ORDERED. This 24 day of August 2021.

JAMES C. DEVER III
United States District Judge