IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-459-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DEONDRE MONTREAL RUSSELL, | ) | |
| | ) | |
| Defendant. | ) | |

The United States shall file a response to defendant's motion for reconsideration [D.E. 78], defendant's motion to suppress [D.E. 79], and defendant's motion to dismiss [D.E. 81] not later than January 21, 2022.

The court finds that the ends of justice served by ordering responses outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this extension is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A). The delay will permit the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the pandemic. See id. § 3161(h)(7)(B)(iv).

SO ORDERED. This _3_ day of January, 2022.

JAMES C. DEVER III
United States District Judge