IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-459-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DEONDRE MONTREAL RUSSELL, | ) | |
| | ) | |
| Defendant. | ) | |

On June 3, 2022, the court held a hearing. As explained in open court and incorporated by reference, the court DENIED defendant's motion for reconsideration [D.E. 78], DENIED defendant's motion to suppress [D.E. 79], DENIED defendant's motion to dismiss [D.E. 81], DENIED defendant's motion for entry of default under Federal Rule of Civil Procedure 55 [D.E. 88], DENIED defendant's motion for lack of subject-matter jurisdiction [D.E. 92], DENIED as moot defendant's motion to expedite [D.E. 93], DENIED WITHOUT PREJUDICE defendant's motion to exclude hearsay statement [D.E. 95], GRANTED defense counsel James M. Ayers II's motion to withdraw [D.E. 96], APPOINTED James M. Ayers II as standby counsel, and DENIED defendant's motion to dismiss [D.E. 98].

SO ORDERED. This _3_ day of June, 2022.

JAMES C. DEVER III
United States District Judge