**UNITED STATES OF AMERICA**
**EASTERN DISTRICT OF NORTH CAROLINA**
**EASTERN DIVISION**
**Case No: 5:20-CR-459-1D**

**UNITED STATES OF AMERICA**

**Vs.**                                                        **Order**

**DEONDRE MONTREAL RUSSELL**

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into
evidence on <u>July 18, 2022</u> be turned over to <u>Jeramy    Creech - DEA</u>, to be retained in
his custody until this case is completed, including any matters on appeal:

Govt. Exhibit No:                    Description:

7A                    Physical digital scale in car – 10/08/2020
22                    Physical drugs – 10/08/2020
25                    Physical drugs – 01/06/2020
27                    Physical cash – 01/06/2020
28                    Physical bag of cash – 10/08/2020
29-1                    Physical evidence bag of cell – 10/08/2020 Item 5B
29-2                    Physical evidence bag of cell – 10/08/2020 Item 5A

This 18th day of July, 2022.

_____
JAMES C. DEVER III
UNITED STATES DISTRICT COURT

_____
Agent's Signature