UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No: 5:20-CR-459-1D

**UNITED STATES OF AMERICA**

Vs.                                                                 Order

**DEONDRE MONTREAL RUSSELL**

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on <u>July 18, 2022 – July 19, 2022</u> be turned over to <u>Jeramy Creech - DEA</u>, to be retained in his custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No: | Description: |
|---|---|
| 7A | Physical digital scale in car – 10/08/2020 |
| 22 | Physical drugs – 10/08/2020 |
| 25 | Physical drugs – 01/06/2020 |
| 27 | Physical cash – 01/06/2020 |
| 28 | Physical bag of cash – 10/08/2020 |
| 29-1 | Physical evidence bag of cell – 10/08/2020 Item 5B |
| 29-2 | Physical evidence bag of cell – 10/08/2020 Item 5A |

This 19th day of July, 2022.

_____
JAMES C. DEVER III
UNITED STATES DISTRICT COURT


_____
Agent's Signature