IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-459-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DEONDRE MONTREAL RUSSELL, | ) | |
| | ) | |
| Defendant. | ) | |

The United States SHALL respond to defendant's pro se motions [D.E. 207, 208] to reduce his sentence not later than December 3, 2025.

SO ORDERED. This 5 day of November, 2025.

JAMES C. DEVER III
United States District Judge