UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-459-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| DEONDRE MONTREAL RUSSELL, ) | |
| ) | |
| Defendant. ) | |

This matter comes before the Court on the Government's Motion to seal Government's Exhibit 3 [D.E. 215], portions of Defendant's medical records attached to the Government's Response in Opposition to Defendant's Motion for Compassionate Release.

For good cause having been shown, the Government's motion is GRANTED. The Clerk of Court is DIRECTED to seal Government Exhibit 3 [D.E. 215].

SO ORDERED this _8_ day of January, 2026.

JAMES C. DEVER III
United States District Judge