IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-459-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) ORDER |
| DEONDRE MONTREAL RUSSELL, | ) |
| Defendant. | ) |

For the reasons stated in the United States' response in opposition [D.E. 214], the court DENIES defendant's pro se motions for compassionate release [D.E. 186, 208]. The court DENIES as meritless defendant's motion to amend judgment [D.E. 166], motion to release property [D.E. 187], and motion to reduce sentence [D.E. 207].

SO ORDERED. This 9 day of January, 2026.

JAMES C. DEVER III
United States District Judge