UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Criminal No. 5:20-CR-00459-1-D
Civil No. 5:26-CV-00140-D

Deondre Montreal Russell,          )
                                   )
            Petitioner,            )
                                   )
    v.                             )          ORDER
                                   )
United States of America,          )
                                   )
            Respondent.            )

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255

Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules

Governing § 2255 Proceedings, or to make such other response as appropriate to the above-

captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the

filing of this order.

SO ORDERED. This **31** day of **March**, 2026.

_____
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE