IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-459-D

UNITED STATES OF AMERICA )
)
v. ) **ORDER**
)
DEONDRE MONTREAL RUSSELL, )
)
Defendant. )

Defendant is serving a 360-month sentence and seeks release on bond. See [D.E. 229].

The court DENIES defendant's motion as meritless. See 18 U.S.C. § 3143(b).

SO ORDERED. This 27 day of May, 2026.


JAMES C. DEVER III
United States District Judge